UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Kimberly Dorsey                                    Case No.   08-57333-TJT
                                                   Chapter    13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Three Thousand One Hundred Ten and 62/100 dollars ($3,110.62) of unclaimed funds held in the U.S. Treasury to:

> PNC Bank, National Association
> c/o  David L Zive
> 1600 Market Street, 28th Floor
> Philadelphia, PA  19103

.

**Signed on June 13, 2014**

                                          /s/ Thomas J. Tucker
                                          Thomas J. Tucker
                                          United States Bankruptcy Judge